USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 09/07/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEICHI ARITOMO and JOY ZHANG,

                Plaintiff,

      v.

YOUNGJOO ("JULIA") RHEE; ALEKSEY IGUDESMAN; and MUSIC TRAVELER Gmbh,

                Defendants.

No. 21-CV-4875 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      The Court is in receipt of the parties' September 3, 2021 joint letter and proposed scheduling order. *See* Dkts. 21, 22. The parties' proposed case management plan is tethered to the Court's decision on Defendants' pending motion to dismiss, with all discovery deadlines set for a certain period of time following the Court's decision. The parties further report that no fruitful settlement discussions can take place until after resolution of the motion to dismiss. Accordingly, the initial pretrial conference scheduled for September 10, 2021 is hereby adjourned *sine die*. If the case is to proceed following the Court's decision on the motion, the conference will be promptly rescheduled at that point, and the Court will direct the parties to submit a revised scheduling order. If the parties wish to discuss any issues with the Court prior to resolution of the pending motion, they may of course file a letter requesting a conference.

SO ORDERED.

Dated:    September 7, 2021
            New York, New York

Ronnie Abrams
United States District Judge