UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:  03/03/2022
```

KEIICHI ARITOMO and JOY ZHANG,

                    Plaintiffs,

            v.

YOUNGJOO ("JULIA") RHEE, ALEKSEY
IGUDESMAN, and MUSIC TRAVELER
GMBH,

                    Defendants.

No.  21-CV-4875 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

        Pending before the Court is Defendants' motion to dismiss.  Oral argument will be held on

March 10, 2022 at 1:00 p.m.  If the proposed time is inconvenient for the parties, the parties are directed

to meet and confer before suggesting alternative time slots to the Court.

        The parties are to submit a joint letter to the Court by no later than Monday, March 7, 2022,

advising as to whether they would prefer to appear in person or virtually via videoconference.


SO ORDERED.

Dated:      March 3, 2022
            New York, New York

                                        _____
                                        Ronnie Abrams
                                        United States District Judge