UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:  03/21/2022

KEIICHI ARITOMO and JOY ZHANG,

                                Plaintiffs,

                        v.

YOUNGJOO ("JULIA") RHEE, ALEKSEY
IGUDESMAN, and MUSIC TRAVELER
Gmbh,

                                Defendants.

No.  21-CV-4875 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

        Oral argument is scheduled in this case for March 25, 2022 at 11:00 a.m.  *See* Dkt. 26.  The

argument will be conducted virtually via Microsoft Teams videoconference.  Members of the public

may access the proceedings by using the following dial-in information: Call-in Number: 917-933-2166;

Access Code: 532 043 422.

        The Court will email the parties the Microsoft Teams link to appear via video in advance of the

argument.


SO ORDERED.

Dated:        March 21, 2022
              New York, New York

                                        _____
                                        Ronnie Abrams
                                        United States District Judge