**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
KEIICHI ARITOMO and JOY ZHANG,

                      Plaintiffs,
-against-                                   21 **CIVIL** 4875 (RA)

                                                 **JUDGMENT**

YOUNGJOO ("JULIA") RHEE, ALEKSEY
IGUDESMAN, and MUSIC TRAVELER Gmbh,

                      Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated November 22, 2022, Defendants' motion to dismiss is granted.

**Dated:** New York, New York
          December 28, 2022

                                               **RUBY J. KRAJICK**

                                             _____
                                                  **Clerk of Court**

                         **BY:**         K. Mango

                                                  _____
                                                  **Deputy Clerk**